# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALFRED CENTOFANTI,

    Petitioner,      2:13-cv-01080-JCM-PAL

vs.

                                ORDER

D.W. NEVEN,

    Respondent.

Petitioner Alfred Centofanti submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254 and various motions. He has paid the required filing fee. The petition shall be served upon respondents along with petitioner's various motions. Respondents shall be required to file a response to the motion for stay (ECF No. 3) and the motions for appointment of counsel (ECF Nos. 4 and 6). A response to the petition shall not be required at this time.

**IT IS THEREFORE ORDERED** that the clerk shall **electronically** serve the petition and motions (ECF Nos. 3, 4 and 6) upon respondents. Respondents shall have thirty days from entry of this order to respond to the motions, particularly addressing the motion for stay. Thereafter, petitioner may reply within twenty days of service of the response.

Dated this 26th day of July, 2013.

                                                            UNITED STATES DISTRICT JUDGE