# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALFRED PAUL CENTOFANTI,

    Petitioner,

vs.

DWIGHT W. NEVEN,

    Respondents.

Case No. 2:13-cv-01080-JAD-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, filed by a Nevada state prisoner. On March 28, 2014, this Court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action. (Doc. 31). On April 28, 2014, Jonathan Kirshbaum of the Federal Public Defender's Office appeared on behalf of petitioner. (Doc. 32). The Court now sets a schedule for further proceedings in this action.

    **IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

1    **IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date of
2 entry of this order, to **FILE AND SERVE** on respondents an amended petition for writ of habeas
3 corpus, or other appropriate motion or pleading.

4    **IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** after service of
5 an amended petition within which to answer, or otherwise respond to, the amended petition.  If
6 petitioner files a motion, the motion shall be briefed pursuant to Local Rule of Civil Practice 7-2.

7    **IT IS FURTHER ORDERED** that if respondents file an answer, petitioner shall have
8 **thirty (30) days** after service of the answer to file and serve a reply.

9    **IT IS FURTHER ORDERED** that any state court record exhibits filed by the parties herein
10 shall be filed with an index of exhibits identifying the exhibits by number or letter.  The CM/ECF
11 attachments that are filed shall further be identified by the number or numbers (or letter or letters)
12 of the exhibits in the attachment.

13    **IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of
14 all exhibits presented in support of the amended petition and the response to the amended petition to
15 the **Reno** Division of this Court.  Courtesy copies shall be mailed to the Clerk of Court, 400 S.
16 Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of
17 the mailing address label.

    Dated:  April 29, 2014.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

-2-