UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALFRED PAUL CENTOFANTI, III,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:13-cv-01080-JAD-PAL

**Order Expediting Briefing**

    Federal habeas petitioner and Nevada state prisoner Alfred Paul Centofanti, III has filed an emergency motion for release pending a decision on his § 2254 petition due to his risk of infection of COVID-19.[1] Centofanti explains that he is 51 years old and suffers from several serious medical issues—cancer, diminished lung capacity, and possible heart issues—that "put him in a high-risk category for negative outcomes if he contracts COVID-19."[2] In light of the emergent nature of the allegations, I find good cause to order a quick response to the motion.

    IT IS THEREFORE ORDERED that the respondents must file and serve a response to the emergency motion for release (ECF No. 45) by April 27, 2020.

    IT IS FURTHER ORDERED that Centofanti must file his reply, if any, by May 1, 2020.

    Dated: April 21, 2020

                                                       U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 45.

[2] *Id.* at 23, 25-26.