UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>          Petitioner<br>v.<br><br>Dwight Neven, et al.,<br><br>          Respondents | Case No. 2:13-cv-01080-JAD-PAL<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 61] |

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner Alfred Paul Centofanti's unopposed first motion to extend time **[ECF No. 61] is GRANTED**. Petitioner has until September 2, 2021, to file his amended petition for writ of habeas corpus.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 21, 2021

1