# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>        Petitioner,<br> v.<br><br>Dwight Neven, et al.,<br><br>        Respondents. | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 65] |

  Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner Alfred Paul Centofanti's unopposed third motion to extend time **[ECF No. 65] is GRANTED**. Petitioner has until January 31, 2022, to file his amended petition for writ of habeas corpus.

                      _____
                      U.S. District Judge Jennifer A. Dorsey
                      Dated: November 22, 2021