# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>                      Petitioner<br>    v.<br><br>Dwight Neven, et al.,<br><br>                      Respondents | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 67] |

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner Alfred Paul Centofanti's unopposed fourth motion to extend time **[ECF No. 67] is GRANTED**. Petitioner has until May 2, 2022, to file his amended petition for writ of habeas corpus.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 18, 2022