# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III, <br><br>　　　　　　　　　　　Petitioner <br> v. <br> Dwight Neven, et al., <br><br>　　　　　　　　　　　Respondents | Case No. 2:13-cv-01080-JAD-BNW <br><br> **Order Granting Extension of Time** <br><br> [ECF No. 71] |

　　　Nevada state prisoner and counseled Petitioner Alfred Paul Centofanti moves for a 32-day extension of time to amend his habeas petition.[1] Good cause appearing, **IT IS HEREBY ORDERED** that Centofanti's unopposed sixth motion to extend time [ECF No. 71] **is GRANTED**. Centofanti has until July 18, 2022, to file his amended petition for writ of habeas corpus.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　July 4, 2022

---

[1] The new deadline I approve in this order falls 14 months after I granted Centofanti's motion to reopen this case. Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 2244, *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time to amend Centofanti's habeas petition – even if unopposed – will be carefully scrutinized for good cause.