# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III, <br><br>　　Petitioner <br><br> v. <br><br> Dwight W. Neven, et al., <br><br>　　Respondents | Case No. 2:13-cv-01080-JAD-BNW <br><br> **Order Granting Extension of Time** <br><br> [ECF No. 75] |

Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' first unopposed motion to extend time **[ECF No. 75] is GRANTED**.  Respondents have until November 14, 2022, to answer or otherwise respond to the first amended habeas corpus petition.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: 8-12-2022