**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>　　　　Petitioner<br><br>v.<br><br>Dwight W. Neven, et al.,<br><br>　　　　Respondents | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 79] |

　　Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' second unopposed motion for enlargement of time **[ECF No. 79] is GRANTED**. Respondents have until January 13, 2023, to answer or otherwise respond to the first amended habeas corpus petition.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　November 15, 2022