UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III, <br><br>　　　　　　　　　Petitioner<br>v.<br><br>Dwight Neven, et al.,<br><br>　　　　　　　　　Respondents | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 81]** |

　　Respondents seek an extension of time to file a response to Petitioner Alfred Paul Centofanti's 28 U.S.C. § 2254 first-amended habeas corpus petition.[1]  Good causing appearing,

　　IT IS ORDERED that respondents' unopposed third motion for extension of time to file a response to the first-amended habeas corpus petition **[ECF No. 81] is GRANTED.**  Respondents have **until March 14, 2023, to file their response**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated:  1-23-23

---

[1] ECF No. 81.

1