UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>          Petitioner,<br>v.<br><br>Dwight Neven, et al.,<br><br>          Respondents. | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 83]** |

 Respondents seek an extension of time to file a response to Petitioner Alfred Paul Centofanti's 28 U.S.C. § 2254 first-amended habeas corpus petition.[1]  Good cause appearing,

 IT IS ORDERED that respondents' unopposed fourth motion for extension of time to file a response to the first-amended habeas corpus petition **[ECF No. 83] is GRANTED.** Respondents have **until May 15, 2023, to file their response**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 15, 2023

---

[1] ECF No. 83.