UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>Dwight Neven, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 99]** |

　　　Petitioner seeks an extension of time to file his opposition to Respondents' motion to dismiss.[1] Good cause appearing,

　　　IT IS ORDERED that Petitioner's unopposed first motion for extension of time to file his opposition to Respondents' motion to dismiss **[ECF No. 99] is GRANTED.**  Petitioner has **until July 28, 2023, to file his opposition** to Respondents' motion to dismiss.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　Dated June 2, 2023

---

[1] ECF No. 99.