UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Alfred Paul Centofanti, III, | Case No. 2:13-cv-01080-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Respondents' Motion to Extend** |
| Dwight Neven, et al., | |
| | [ECF No. 102] |
| Respondents | |

Respondents seek an extension of time to file their reply in support of their motion to dismiss.[1]

Good cause appearing, IT IS ORDERED that respondents' unopposed first motion for extension of time **[ECF No. 102] is GRANTED.** Respondents have **until September 4, 2023, to file their reply**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 9, 2023

---

[1] ECF No. 102.