# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III, | Case No.: 2:13-cv-01080-JAD-BNW |
| Petitioner, | **Order Granting Extension of Time** |
| v. | [ECF No. 109] |
| Dwight Neven, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their answer.[1] I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that Respondents' unopposed first motion for extension of time **[ECF No. 109] is GRANTED.** Respondents have **60 days from the date of entry of an order ruling on Centofanti's motion for reconsideration [ECF No. 106] to file their answer**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 2, 2024

---

[1] ECF No. 109.