**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alfred Paul Centofanti, III, | Case No. 2:13-cv-01080-JAD-BNW |
| Petitioner, | **Order Granting Unopposed Motion for Enlargement of Time (Second Request)** |
| v. | [ECF No. 112] |
| Dwight W. Neven, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their answer.[1]  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) **[ECF No. 112] is GRANTED**.  Respondents have until **February 18, 2025, to file their answer**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2024

---

[1] ECF No. 112.