# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>   Petitioner,<br><br>v.<br><br>Dwight W. Neven, et al.,<br><br>   Respondents. | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Unopposed Motion for Enlargement of Time (Third Request)**<br><br>[ECF No. 115] |

Respondents seek an extension of time to file their answer.[1]  I find the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the motion.

IT IS ORDERED that respondents' unopposed motion for enlargement of time (third request) **[ECF No. 115] is GRANTED**.  Respondents have until **March 20, 2025, to file their answer**.  The court is not likely to grant a fourth extension of this deadline absent extraordinary circumstances.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 13, 2025

---

[1] ECF No. 115.