# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Alfred Paul Centofanti, III,

Petitioner,

v.

Dwight W. Neven, et al.,

Respondents.

Case No. 2:13-cv-01080-JAD-BNW

**Order Granting Unopposed Motion for Enlargement of Time to File the Answer to Remaining Claims in First Amended Petition for Writ of Habeas Corpus Based Upon Extraordinary Circumstances (Fourth Request)**

[ECF No. 117]

Respondents seek an extension of time to file their answer.[1] I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that Respondents' Unopposed Motion for Enlargement of Time to File the Answer to Remaining Claims in First Amended Petition for Writ of Habeas Corpus Based Upon Extraordinary Circumstances (Fourth Request) **[ECF No. 117] is GRANTED** *nunc pro tunc*. Respondents have until **March 27, 2025, to file their answer**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2025

---

[1] ECF No. 117.