UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>            Petitioner<br>    v.<br><br>Dwight Neven, et al.,<br><br>            Respondents | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 121]** |

Petitioner Alfred Paul Centofanti seeks an extension of time to file his reply.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Petitioner's unopposed first motion for extension of time **[ECF No. 121] is GRANTED.**  Petitioner has **until July 27, 2025, to file his reply.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated:  June 26, 2025

---

[1] ECF No. 121.

1