UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>                             Petitioner<br>      v.<br><br>Dwight Neven, et al.,<br><br>                            Respondents | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order Granting Extensions of Time**<br><br>[ECF Nos. 126, 127] |

    Petitioner Alfred Paul Centofanti seeks an extension of time to file his reply.[1]  I find the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the motions.

    IT IS ORDERED that Petitioner's third motion for extension of time **[ECF No. 126] is GRANTED** *nunc pro tunc*, and his fourth motion for extension of time **[ECF No. 127] is GRANTED**, extending his deadline to file a reply to **January 15, 2026.**

                                                                                            _____
                                                                                     U.S. District Judge Jennifer A. Dorsey
                                                                                      Dated: December 3, 2025

---

[1] ECF Nos. 126, 127.