Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Shelly_Richter@fd.org


*Attorney for Petitioner Alfred Paul Centofanti, III

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Dwight Neven, et al.,<br><br>　　　　Respondents. | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Stipulation and order to dismiss case under FRCP Rule 41(a)(1)(A)(ii)**<br><br>ECF Nos. 130, 132, 135 |

**STIPULATION**

Petitioner Alfred Centofanti and Respondents, by and through their counsel, hereby stipulate to dismiss these federal habeas proceedings.

Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), provides that a plaintiff may voluntarily dismiss a case by filing a stipulation signed by all parties. Pursuant to this rule and the parties' stipulation, petitioner hereby voluntarily dismisses this case. Alfred Centofanti attaches his declaration confirming his decision.

Dated March 9, 2026.

Rene L. Valladares                                  Aaron D. Ford
Federal Public Defender                            Attorney General


*/s/ Shelly Richter*                                 */s/ Michael J. Bongard*
Shelly Richter                                     Michael J. Bongard
Assistant Federal Public Defender                  Senior Deputy Attorney General
Federal Public Defender, District of NV            Nevada Attorney General's Office
*Counsel for Petitioner*                             *Counsel for Respondents*


**ORDER**

Based on the parties' stipulation **[ECF No. 135]** and good cause appearing, IT IS ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  IT IS ORDERED that the pending motion for hearing on the petition **[ECF No. 132] is DENIED** as moot.

The motion for leave to file exhibits 16 -17 under seal demonstrates compelling reasons to seal those exhibits as they are documents from the sealed records in state court, so IT IS ORDERED that the motion to seal **[ECF No. 130] is GRANTED**, and the Clerk of Court is DIRECTED to **MAINTAIN THE SEAL on ECF No. 131.**

IT IS FURTHER ORDERED that the **Clerk of Court** is directed to ENTER JUDGMENT accordingly and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
March 9, 2026

2

Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6419 (fax)
Shelly_Richter@fd.org

*Attorney for Petitioner Alfred Paul Centofanti III

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Alfred Paul Centofanti III, | Case No. 2:13-cv-01080-JAD-BNW |
|---|---|
| Petitioner, | **Declaration of Alfred Centofanti in support of voluntary dismissal** |
| v. | |
| Warden Jeremy Bean, et al., | |
| Respondents. | |

Petitioner Alfred Centofanti files the following declaration in support of his request to dismiss his federal habeas petition.

1.    I, Alfred Centofanti, am the petitioner in the above-captioned case.  I am filing this sworn declaration in support of my request to dismiss my case.

2.    I initiated my case by mailing a pro se 28 U.S.C. § 2254 petition along with a motion for appointment of counsel on June 18 and 19, 2013.  I filed a financial certificate at this same time.

3.    On March 28, 2014, this Court granted the motion for appointment of counsel, and on April 28, 2014, the Federal Public Defender appeared as counsel.

Assistant Federal Public Defender (AFPD) Emma Smith filed a First Amended Petition on my behalf on July 14, 2022. AFPD Shelly Richter then filed a notice of appearance on September 13, 2022. After briefing on the State's motion to dismiss concluded, the State filed an answer on the merits on March 27, 2025.

4. On or around October 2, 2025, I called Ms. Richter to advise her that I had been placed on the March 2026 agenda of the Nevada Pardons Board, and I was considering dismissing my federal habeas case. Over the phone, Ms. Richter unequivocally advised me against dismissing my federal habeas petition.

5. Ms. Richter then visited me for an hour and a half in person on Friday, October 10, 2025, along with Investigator Maribel Yanez, at High Desert State Prison. The purpose of the visit was to further discuss my desire to dismiss my federal habeas petition and the consequences of such a decision. Ms. Richter again unequivocally advised me against dismissing my federal habeas petition.

6. I later spoke to AFPD Jonathan Kirshbaum on the phone about the same issue. Although the conversation was briefer, he also unequivocally advised me against dismissing my federal habeas petition.

7. Upon considering what Ms. Richter and Mr. Kirshbaum had to say, I instructed Ms. Richter to complete and file the reply in support of my federal habeas petition. She did so on January 15, 2026, and mailed me the reply, which I have reviewed.

8. I have now decided that I do wish to voluntarily dismiss my federal habeas petition, against the advice of my counsel. I communicated this desire to Ms. Richter on the phone on March 3, 2026.

9. I assure the Court that I voluntarily, knowingly, and intelligently choose to dismiss my federal habeas case. I understand this means that my attorney will not pursue federal habeas relief on my behalf, and my case will be

2

closed.  I understand that I will not be able to return to federal court in the future to present the same or further claims related to the underlying criminal case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated ___March 6,_____, 2026, in Carson City, Nevada.

_____
Alfred Centofanti, Petitioner

3