**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Alfred Paul Centofanti, III,

Petitioner

v.

Dwight W. Neven, et al.,

Respondents

Case No. 2:13-cv-01080-JAD-BNW

**Order Granting Motions for Extension of Time**

[ECF No. 141; 148]

In this closed habeas action, the respondents filed a motion seeking an extension of time[1] to file responses to Petitioner Alfred Paul Centofanti's motions (1) for evidentiary hearing,[2] (2) to set aside the judgment,[3] and (3) for leave to file exhibits.[4] Centofanti filed a motion seeking an extension of time to file replies in support of his motions and indicated he did not receive service of the respondents' oppositions to his motions.[5] I find that the motions requesting extension of time are made in good faith and not solely for the purpose of delay.[6] So, with good cause appearing,

IT IS ORDERED that the respondents' motion to extend time **[ECF No. 141] is GRANTED.** The respondents' responses to the motions for evidentiary hearing, to set aside the judgment, and for leave to file exhibits, filed on September 14, 2026,[7] are considered timely.

---

[1] ECF No. 141.

[2] ECF No. 138.

[3] ECF No. 139

[4] ECF No. 140.

[5] ECF No. 148.

[6] *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

[7] ECF Nos. 142, 143, 144, and 145.

IT IS FURTHER ORDERED that, **no later than October 28, 2026, the respondents must serve Petitioner Alfred Paul Centofanti, III, with the respondents' oppositions [ECF Nos. 142, 143, 144, and 145]** filed in response to Centofanti's motions to set aside the judgment, for an evidentiary hearing, and for leave to file exhibits, and file a certificate of service with this Court.

IT IS FURTHER ORDERED that the petitioner's motion requesting an extension of time to file replies in response to the respondent's opposition to the motions to set aside the judgment, for an evidentiary hearing, and for leave to file exhibits **[ECF No. 148] is GRANTED. The petitioner has through November 30, 2026, to file the replies.**

U.S. District Judge Jennifer A. Dorsey
October 16, 2026