**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alfred Paul Centofanti, III,<br><br>Petitioner<br><br>v.<br><br>Dwight W. Neven, et al.,<br><br>Respondents | Case No. 2:13-cv-01080-JAD-BNW<br><br>**Order re: Motions for Extension of Time**<br><br>[ECF Nos. 155, 159] |

In this closed habeas action, Petitioner Alfred Paul Centofani, III, filed two motions for extension of time.[1] The first motion requested an extension of time to file replies in response to the motion for an evidentiary hearing,[2] motion to set aside judgment,[3] and motion for leave to file exhibits[4] because Centofanti had not received the opposition documents.[5] That motion was resolved by the Court's order directing the respondents to re-serve Centofanti with the opposition papers and granting Centofanti until November 30, 2026 to file his replies in support of the motion for an evidentiary hearing, motion to set aside the judgment, and motion for leave to file exhibits.[6] The second motion requests an extension of time[7] to file replies in support of

[1] ECF Nos. 155; 159.

[2] ECF No. 138.

[3] ECF No. 139.

[4] ECF No. 140.

[5] ECF No. 155 at 2.

[6] ECF No. 156.

[7] ECF No. 159.

Centofanti's motion for appointment of counsel,[8] motion for stay and abeyance,[9] and motion to compel production of documents.[10] I find the second motion requesting extensions of time is made in good faith and not solely for the purpose of delay.[11] So, with good cause appearing,

IT IS ORDERED that the petitioner's motion to extend time **[ECF No. 155] is DENIED** as moot and his motion for extension of time **[ECF No. 159] is GRANTED.** Petitioner has through November 6, 2026, to file replies in support of his motions for appointment of counsel, for stay and abeyance, and to compel production of documents.

U.S. District Judge Jennifer A. Dorsey
October 28, 2026

---

[8] ECF Nos. 149, 152.

[9] ECF Nos. 150, 153.

[10] ECF Nos. 151, 154.

[11] *See* Fed. R. Civ. P. 6(b); D. Nev. LR IA 6-1.